UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SOUTHERN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:06CV78-DJS |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of timely objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #17] is accepted and adopted.

**IT IS FURTHER ORDERED** that plaintiff's motion to dismiss [Doc. #15] is granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiff's claims against defendant are **dismissed**.

Dated this    11th    day of December, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE